UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEZHEN LIU, ALSO KNOWN AS JENNIFER LIU,

Plaintiff,

-against-

ANN MARIE T. SULLIVAN COMMISSIONER OF THE NEW YORK STATE OFFICE OF MENTAL HEALTH,

Defendants.

25-CV-10847 (LTS)

ORDER DENYING ORDER TO SHOW CAUSE

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff filed this *pro se* complaint arising from a hospitalization in 2021 and 2022. (ECF 1.) Plaintiff has filed a declaration, a letter, and a proposed Order to Show Cause ("OSC") through which she seeks to hold "Defendants in contempt of this Court for the continuing unconstitutional acts, retaliatory conduct, and deliberate, flagrant defiance of the authority of this Court, etc." (ECF 4-6.) These submissions bear the docket numbers of six other cases that Plaintiff has filed in this court. *See Liu v. New York Presbyterian Hosp.*, No. 25-CV-10843 (LTS) (pending); *Liu v. SMBC Manubank*, No. 25-CV-10442 (LTS) (S.D.N.Y. Feb. 10, 2026) (dismissed without prejudice); *Liu v. Marcus Garvey Vill.*, No. 25-CV-10135 (LTS) (pending); *Liu v. Adams Admin.*, No. 25-CV-5119 (LTS) (S.D.N.Y. Oct. 29, 2025) (dismissed without prejudice); *Liu v Urban Pathways*, No. 25-CV-5118 (LTS) (S.D.N.Y. Oct. 6, 2025) (same); *Liu v. Marcus Garvey Apts.*, No. 25-CV-5117 (LTS) (S.D.N.Y. Dec. 5, 2025) (same).

To obtain preliminary injunctive relief, Plaintiff must show: (1) that she is likely to suffer irreparable harm and (2) either (a) a likelihood of success on the merits of her case or (b) sufficiently serious questions going to the merits to make them a fair ground for litigation and a balance of hardships tipping decidedly in her favor. *See UBS Fin. Servs., Inc. v. W.V. Univ.*

*Hosps., Inc.*, 660 F.3d 643, 648 (2d Cir. 2011) (citation and internal quotation marks omitted); *Wright v. Giuliani*, 230 F.3d 543, 547 (2d Cir. 2000). Preliminary injunctive relief "is an extraordinary and drastic remedy, one that should not be granted unless the movant, by a clear showing, carries the burden of persuasion." *Moore v. Consol. Edison Co. of N.Y., Inc.*, 409 F.3d 506, 510 (2d Cir. 2005) (internal quotation marks and citation omitted).

Plaintiff's submissions do not mention the Defendant named in the complaint in the above-captioned matter, any of Defendant's employees, or the underlying events. In other words, Plaintiff gives no indication that she seeks emergency injunctive relief in connection with this matter. Accordingly, Plaintiff has not demonstrated: (1) a likelihood of success on the merits, or (2) sufficiently serious questions going to the merits to make them a fair ground for litigation and a balance of hardships tipping decidedly in her favor. The Court denies without prejudice Plaintiff's request for an order to show cause.

**CONCLUSION**

Plaintiff's request for an order to show cause is denied without prejudice, and the Clerk of Court is directed to terminate it (ECF No. 4).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: July 27, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge